FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 22 AM 9: 33

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

MARCUS WILLIFORD LUKE, JR.,     )
                                )
    Petitioner,                 )
                                )
v.                              )     Case No. CV606-87
                                )
ALEXIS E. L. CHASE, Warden,     )
                                )
    Respondent.                 )

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of Nov., 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA